**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAN 2 1 2021**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 21-30011-DWD |
| LAGARDO R. WRIGHT, ) | Title 18, United States Code, Sections 1349 |
| AIJEIGH T. MCSHAN, and, ) | and 1344(2), 2 |
| CEDRIC A. SHEARD, JR. ) | |
| (also known as "Doosie") ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349**

1. From at least February 19, 2019, and continuing until at least February 20, 2020, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**LAGARDO R. WRIGHT,
AIJEIGH T. MCSHAN, and
CEDRIC A. SHEARD, JR.,**

defendants herein, and others both known and unknown, did knowingly and willfully conspire and agree among themselves and each other to devise and execute a scheme and artifice to obtain money and funds owned by, and in the custody and control of multiple banks, the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

2. It was part of the conspiracy that **LAGARDO R. WRIGHT, AIJEIGH T. MCSHAN,** and **CEDRIC A. SHEARD, JR.** obtained account information of individuals with bank accounts at federally insured banks, including online usernames, passwords, pin numbers, answers to security questions, and other identifying information.

3. It was further part of the conspiracy that **LAGARDO R. WRIGHT, AIJEIGH T. MCSHAN,** and **CEDRIC A. SHEARD, JR.** obtained the account information by soliciting individuals on social media and elsewhere to provide their personal account information in exchange for a portion of whatever funds could be obtained using the bank account.

4. It was further part of the conspiracy that **LAGARDO R. WRIGHT** accessed the individuals' bank accounts to check account balances and withdrawal limits.

5. It was further part of the conspiracy that **LAGARDO R. WRIGHT, AIJEIGH T. MCSHAN, CEDRIC A. SHEARD, JR.,** and others obtained counterfeit checks made payable to the individuals.

6. It was further part of the conspiracy that **LAGARDO R. WRIGHT, AIJEIGH T. MCSHAN, CEDRIC A. SHEARD, JR.,** and others deposited and attempted to deposit the counterfeit checks into the individuals' bank accounts using ATMs and mobile deposits.

7. It was further part of the conspiracy that **LAGARDO R. WRIGHT, AIJEIGH T. MCSHAN, CEDRIC A. SHEARD, JR.,** and others then executed and attempted to execute the scheme to defraud by withdrawing and attempting to withdraw funds from the accounts before the federally insured banks determined the checks were counterfeit and could not be negotiated.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### Bank Fraud, Aiding and Abetting – 18 U.S.C. §§ 1344(2) and 2

1. The allegations contained in paragraphs 2 to 7 of Count One above are re-alleged and incorporated herein as if fully set forth again.

2. From at least November 24, 2019, and continuing until at least February 18, 2020, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**LAGARDO R. WRIGHT,
AIJEIGH T. MCSHAN, and
CEDRIC A. SHEARD, JR.,**

defendants herein, devised and executed, and aided and abetted each other and others in devising and executing, a scheme to obtain moneys owned by, or in the custody or control of Scott Credit Union, the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses, representations and promises.

3. On or around November 26, 2019, in St. Clair County, within the Southern District of Illinois,

**AIJEIGH T. MCSHAN,**

defendant herein, for the purpose of executing the aforesaid scheme, did knowingly, and with intent to defraud, execute the scheme to defraud, and aid and abet others in executing the scheme to defraud, by depositing a counterfeit United States Postal Service check in the amount of $201.00 made payable to an individual with the initials K.I. at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit.

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT 3

### Bank Fraud, Aiding and Abetting – 18 U.S.C. §§ 1344(2) and 2

1. The allegations contained in paragraphs 2 to 7 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or around November 26, 2019, in St. Clair County, within the Southern District of Illinois,

**CEDRIC A. SHEARD, JR.,**

defendant herein, for the purpose of executing the aforesaid scheme, did knowingly, and with intent to defraud, execute the scheme to defraud, and aid and abet others in executing the scheme to defraud, by depositing a counterfeit United States Postal Service check in the amount of $214.00 made payable to an individual with the initials R.G. into an account at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit.

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT 4

### Bank Fraud, Aiding and Abetting – 18 U.S.C. §§ 1344(2) and 2

1. The allegations contained in paragraphs 2 to 7 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or around December 1, 2019, in St. Clair County, within the Southern District of Illinois,

**LAGARDO R. WRIGHT,**

defendant herein, for the purpose of executing the aforesaid scheme, did knowingly, and with intent to defraud, execute the scheme to defraud, and aid and abet others in executing the scheme

to defraud, by depositing a counterfeit check in the amount of $201.13 made payable to an individual with the initials T.S. into an account at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit.

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT 5

### Bank Fraud, Aiding and Abetting – 18 U.S.C. §§ 1344(2) and 2

1. The allegations contained in paragraphs 2 to 7 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or around January 11, 2020, in St. Clair County, within the Southern District of Illinois,

**AIJEIGH T. MCSHAN**,

defendant herein, for the purpose of executing the aforesaid scheme, did knowingly, and with intent to defraud, execute the scheme to defraud, and aid and abet others in executing the scheme to defraud, by depositing a counterfeit City of St. Louis check in the amount of $228.03 made payable to an individual with the initials J.H. into an account at Scott Credit Union in West Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit.

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT 6

### Bank Fraud, Aiding and Abetting – 18 U.S.C. §§ 1344(2) and 2

1. The allegations contained in paragraphs 2 to 7 of Count One and paragraph 2 of Count Two above are re-alleged and incorporated herein as if fully set forth again.

2. On or around February 15, 2020, in St. Clair County, within the Southern District of Illinois,

**LAGARDO R. WRIGHT and
CEDRIC A. SHEARD, JR.,**

defendants herein, for the purpose of executing the aforesaid scheme, did knowingly, and with intent to defraud, execute the scheme to defraud, and aid and abet each other and others in executing the scheme to defraud, by depositing a counterfeit St. Louis County Treasurer check in the amount of $224.74 made payable to an individual with the initials K.M. into an account at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit.

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

LUKE J. WEISSLER
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2021.01.17
15:50:34 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: $5,000 unsecured