| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

IN THE UNITED STATES ☑ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF
UNITED STATES v. _____
LAGARDO R. WRIGHT, et al.

FOR Southern District of Illinois
AT East St. Louis, Illinois

LOCATION NUMBER: _____

PERSON REPRESENTED *(Show your full name)*
Cedric A. Sheard, Jr.

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: _____
District Court: 21-30011-DWD-03
Court of Appeals: _____

CHARGE/OFFENSE *(describe if applicable & check box →)*
18 U.S.C. Sec. 1344(2)
18 U.S.C. Sec. 1349
18 U.S.C. Sec. 2

☑ Felony
☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☑ No  ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? *Winter 2020*
How much did you earn per month? $ *$600/week*
If married, is your spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your spouse earn per month? $ _____
$1200#
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED                    SOURCES
IF YES, give the amount received and identify the sources  $ 1500   Stimulus and unemployment

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, give value and description for each
VALUE       DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*
Rent — DESCRIPTION — TOTAL DEBT — MONTHLY PAYMENT $400

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 2/19/21