IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-CR-30011-DWD |
| ) | |
| CEDRIC A. SHEARD, JR., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, through Luke J. Weissler, Assistant United States Attorney for this District, and herewith enter into the following Stipulation of Facts with the Defendant, Cedric Sheard, Jr. ("Sheard"), represented by his attorney, Joslyn A. Sandifer, pertaining to Sheard's conduct charged in the Indictment in this case and Sheard's relevant conduct within the scope of U.S.S.G. § 1B1.3.

1. From at least February 19, 2019, and continuing until at least February 20, 2020, Sheard knowingly and willfully conspired with his co-defendants, Lagardo Wright ("Wright"), Aijeigh T. McShan ("McShan"), and others to commit an offense against the United States, namely to devise and participate in a scheme and artifice to defraud and to obtain money that was in the care, custody, or control of federally insured banks by means of false or fraudulent pretenses, representations or promises.

2. Sheard admits that for purposes of carrying out the scheme, he obtained the account information of individuals with bank accounts at federally insured banks, including online usernames, passwords, pin numbers, answers to security questions, and other identifying information. Sheard obtained the account information by soliciting individuals on social media

and elsewhere to provide their personal account information in exchange for a portion of whatever funds could be obtained using the bank account.

3.   Sheard further admits that for purposes of carrying out the scheme, he obtained counterfeit checks made payable to the individuals, and deposited and attempted to deposit those counterfeit checks into the individuals' bank accounts using ATMs and mobile deposits.

4.   Sheard further admits that he executed and attempted to execute the scheme to defraud by withdrawing and attempting to withdraw funds from the accounts before the federally insured banks determined the checks were counterfeit and could not be negotiated.

5.   As charged in Count 3 of the Indictment, on or about November 26, 2019, Sheard knowingly executed the scheme to defraud by depositing a counterfeit United States Postal Service check in the amount of $214.00 made payable to an individual with the initials R.G. into an account at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit. At the time of this offense, the deposits of Scott Credit Union were insured by the National Credit Union Share Insurance Fund.

6.   As charged in Count 6 of the Indictment, on or about February 15, 2020, Sheard knowingly executed the scheme to defraud by depositing a counterfeit St. Louis County Treasurer check in the amount of $224.74 made payable to an individual with the initials K.M. into an account at Scott Credit Union in East Belleville, Illinois, and immediately withdrawing funds before the bank could determine the check was counterfeit. At the time of this offense, the deposits of Scott Credit Union were insured by the National Credit Union Share Insurance Fund.

SO STIPULATED:

|  |  |
|---|---|
|  | UNITED STATES OF AMERICA, |
|  | STEVEN D. WEINHOEFT<br>United States Attorney |
| *[DocuSigned signature: F2F88E356DD2485...]* | *[signature]* |
| CEDRIC A. SHEARD, JR.<br>Defendant | LUKE J. WEISSLER<br>Assistant United States Attorney |
| *[DocuSigned signature: Joslyn Sandifer, D1FD29DDDCCD442...]* |  |
| JOSLYN A. SANDIFER<br>Attorney for Defendant |  |
| Date: 10/26/2021 | Date: 11/10/21 |

3